ACCEPTED
03-15-00528-CV
7753727
THIRD COURT OF APPEALS
AUSTIN, TEXAS
11/9/2015 5:34:24 PM
JEFFREY D. KYLE
CLERK

## No. 03-15-00528-CV

𝕴𝔫 𝔱𝔥𝔢 𝕿𝔥𝔦𝔯𝔡 𝕮𝔬𝔲𝔯𝔱 𝔬𝔣 𝕬𝔭𝔭𝔢𝔞𝔩𝔰
𝕬𝔲𝔰𝔱𝔦𝔫, 𝕿𝔢𝔵𝔞𝔰

FILED IN
3rd COURT OF APPEALS
AUSTIN, TEXAS
11/9/2015 5:34:24 PM
JEFFREY D. KYLE
Clerk

**TEXAS EDUCATION AGENCY AND MICHAEL WILLIAMS, COMMISSIONER OF EDUCATION, IN HIS OFFICIAL CAPACITY,**

*Appellants*

v.

**ACADEMY OF CAREERS AND TECHNOLOGIES, INC. d/b/a ACADEMY OF CAREERS AND TECHNOLOGIES CHARTER SCHOOL,**

*Appellee*

ACCELERATED APPEAL FROM CAUSE NO. D-1-GN-15-002879
200TH JUDICIAL DISTRICT COURT OF TRAVIS COUNTY, TEXAS

**MOTION FOR EXTENSION OF TIME
TO FILE APPELLEE'S BRIEF**

TO THE HONORABLE THIRD COURT OF APPEALS:

Appellee Academy of Careers and Technologies, Inc. d/b/a Academy of Careers and Technologies Charter School file this motion requesting a 30-day extension of time for filing its brief in this appeal. Appellee respectfully shows:

1. Appellee's brief is currently due on November 9, 2015.

2. Appellee requests a 30-day extension of time, or until December 9, 2015, for filing its brief. Appellee has requested no previous extensions.

3.     The undersigned counsel was not involved in the trial court proceeding until after the temporary injunction/plea to the jurisdiction hearing and has been given sole responsibility for preparing Appellee's brief. Counsel needs additional time to review the record, conduct the necessary research, and prepare a brief that will assist the Court in resolving this appeal.

4.     The demands of other cases have also made this motion necessary. Specifically, the undersigned has been occupied with or is managing conflicting deadlines for the following matters:

- attending the 40-hour basic mediation training course offered twice annually through the Dispute Resolution Center in Austin;

- preparing for and participating in a bench trial and preparing post-trial briefs in *Johnson Ranch Municipal Utility District v. Patricia Lux Graham and Margie Hastings*, Cause No. C2014-0438B in the 207th Judicial District Court of Comal County, Texas;

- a reply in support of the petition for review in *Tom Bennett and James B. Bonham Corporation v. Larry Wayne Grant*, No. 15-0338 in the Supreme Court of Texas.

### CERTIFICATE OF CONFERENCE

I certify that I have attempted to confer with Appellant's counsel, Erika Laremont, about the merits of this motion, but did not receive a return email before filing this motion.

/s/ D. Todd Smith
D. Todd Smith

## CONCLUSION AND PRAYER

For these reasons, Appellee respectfully asks the Court to grant this motion for extension of time, thus making its brief due on December 9, 2015. Appellee requests all other appropriate relief to which it is entitled.

Respectfully submitted,

SMITH LAW GROUP LLLP
1250 Capital of Texas Highway South
Three Cielo Center, Suite 601
Austin, Texas 78746
(512) 439-3230
(512) 439-3232 (fax)

By: /s/D. Todd Smith
D. Todd Smith
State Bar No. 00797451
todd@appealsplus.com

*Counsel for Appellee*

## CERTIFICATE OF SERVICE

On November 9, 2015, in compliance with Texas Rule of Appellate Procedure 9.5, I served this document by e-service, e-mail, facsimile, or mail to:

Erika M. Laremont
erika.laremont@texasattorneygeneral.gov
Assistant Attorney General
General Litigation Division
P.O. Box 12548
Austin, Texas 78711-2548

*Counsel for Appellants*

/s/ D. Todd Smith
D. Todd Smith